**LAW OFFICES**
**OF**
**JOHN A. ALICE**
**28 COOPER STREET**
**WOODBURY, NJ 08096**
**(856) 845-7222**
**FAX (856) 845-3646**

Member N.J. and PA Bar
_____

June 12, 2013

Clerk – U.S. District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

> **RE:  Bluewire Media, LLC, et al**
> **Vs.  Gloucester county Republican Committee, et al**
> **Docket #33-1**

Dear Sir or Madam:

Per my telephone conversation with your office this date, I enclose the following documents for filing:

1. Original and copy of Complaint for Copyright Infringement, etc.;
2. Civil Cover Sheet – original and copy;
3. Disclosure Statement;
4. CD in PDF format
5. Check in the amount of $400.00 made payable to Clerk – U.S. District Court;
6. Self-addressed, stamped envelope.

It is my understanding I do not need to provide Summonses as they will be electronically generated.  If this is not correct, please advise.

Would you kindly file the originals of these documents, returning to me "filed, date stamped" copies for my file?

Thank you.  If you require anything additional, please advise.

Very truly yours,

John A. Alice

JAA/wsa
Encls.
cc:    Steven Acito