UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEWIRE MEDIA, LLC <br> and STEVEN ACITO, <br>         Plaintiffs, <br><br> v. <br><br> GLOUCESTER COUNTY <br> REPUBLICAN COMMITTEE, <br> GOP VICTORY 2011, <br> MARK CIMINO, and <br> JOHN DOES 1 THROUGH 10 <br>         Defendants. | : <br> : <br> : CASE NO.: 1:13-cv-03667-NLH-KMW <br> : <br> : <br> : <br> : <br> : ELECTRONICALLY FILED <br> : <br> : <br> : <br> : |

**NOTICE OF DEFENDANTS' MOTION
TO DISMISS PLAINTIFFS' COMPLAINT
<u>FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)</u>**

**PLEASE TAKE NOTICE**, that on September 3, 2013 at 9:30 a.m., or as soon as designated by the Court for counsel to be heard, the undersigned, attorneys for Defendants Gloucester County Republican Committee, GOP Victory 2011, and Mark Cimino, will move before the Honorable Noel Hillman, U.S.D.J., United States District Court for the District of New Jersey, at the John Gerry Courthouse, Camden, New Jersey, for an Order granting Defendant's Motion for Dismissal of Plaintiffs' Complaint.

The Defendants will rely upon the Memorandum in support of the Motion.

Oral argument is respectfully requested.

A proposed form of Order is included.

                                              Respectfully submitted,

                                             /s/ Anthony J. DiMarino, III

Date: August 5, 2013                 Anthony J. DiMarino, III
                                              Emmett S. Collazo
                                              **A.J. DiMARINO, P.C.**
                                              57 Euclid Street, Suite A
                                              Woodbury, NJ 08096

                                              Counsel for Defendants
                                              Gloucester County
                                              Republican Committee,
                                              GOP Victory 2011, and
                                              Mark Cimino