UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEWIRE MEDIA, LLC and STEVEN ACITO, | : : |
| Plaintiffs, | : CASE NO.: 1:13-cv-03667-NLH-KMW : |
| v. | : : |
| GLOUCESTER COUNTY REPUBUBLICAN COMMITTEE, GOP VICTORY 2011, MARK CIMINO, and JOHN DOES 1 THROUGH 10 Defendants. | : : ELECTRONICALLY FILED : : : : |

**O R D E R**

AND NOW, this ____ day of _____, 2013, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim under FED. R. CIV. P. 12(b)(6), the opposition thereto, arguments of counsel, if any, and for good cause having been shown;

IT IS on this _____ day of _____, 2013, **ORDERED** that Defendants' motion is hereby **GRANTED.** It is further **ORDERED** that Plaintiffs' Complaint is dismissed with prejudice.

BY THE COURT:

_____
NOEL L. HILLMAN, U.S.D.J.
