## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BLUEWIRE MEDIA, LLC AND
STEVEN ACITO,

                    Plaintiffs,

          v.


GLOUCESTER COUNTY REPUBLICAN
COMMITTEE, GOP VICTORY 2011,
MARK CIMINO, AND JOHN DOES 1
THROUGH 10,

                    Defendants.

Civil No. 13-3667 (NLH/KMW)


**ORDER**

**HILLMAN, District Judge**

     For the reasons expressed in the Court's Opinion entered on this date,

     **IT IS HEREBY ORDERED** this  24th  day of    March   , 2014, that Defendants Gloucester County Republican Committee, GOP Victory 2011, and Mark Cimino's motion [Doc. No. 6] shall be, and hereby is, **GRANTED**; and it is further

     **ORDERED** that Plaintiffs' complaint shall be, and hereby is, **DISMISSED WITHOUT PREJUDICE**; and it is further

     **ORDERED** that the Clerk is directed to mark this matter as **CLOSED**.

                              s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.